**SO. CAL. EQUAL ACCESS GROUP**
Roland Au (SBN 270085)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, EVARISTO CORTES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVARISTO CORTES,<br><br>    Plaintiff,<br><br>vs.<br><br>KAYO OIL COMPANY d/b/a 76 GAS STATION; and DOES 1 through 10,<br><br>    Defendants. | **Case No.: 2:17-cv-03325-MRW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KAYO OIL COMPANY d/b/a 76 GAS STATION** |

**PLEASE TAKE NOTICE** that Plaintiff JUAN BRISENO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant KAYO OIL COMPANY d/b/a 76 GAS STATION ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT KAYO OIL**

Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: July 31, 2017         SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason Yoon*
　　Jason Yoon, Esq.
　　Attorneys for Plaintiff

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT KAYO OIL**