# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 17-3325-JFW(JPRx)**                               Date: August 15, 2017

Title:   Evaristo Cortes -v- Pacific Convenience & Fuels, LLC, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                                     None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of July 31, 2017, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for August 21, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr